**Fill in this information to identify your case:**

Debtor 1 ___Wanda Karina Herrera___
First Name · Middle Name · Last Name

Debtor 2
(Spouse, if filing) First Name ___N/A___ Middle Name · Last Name

United States Bankruptcy Court for the: ___Central___ District of ___UA___

Case number
(if known) _____

## Official Form 101B

# Statement About Payment of an Eviction Judgment Against You    12/15

**Fill out this form only if:**

☒ you filed *Initial Statement About an Eviction Judgment Against You* (Official Form 101A); and

☒ you served a copy of Form 101A on your landlord; and

☒ you want to stay in your rented residence for more than 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

File this form within 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). Also serve a copy on your landlord within that same time period.

### Certification About Applicable Law and Payment of Eviction Judgment

I certify under penalty of perjury that (*Check all that apply*):

☒ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☐ Within 30 days after I filed my *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101), I have paid my landlord the entire amount I owe as stated in the judgment for possession (*eviction judgment*).

✗ _Wanda K. Herrera_           ✗ _N/A_
Signature of Debtor 1                     Signature of Debtor 2

Date _5/17/2023_                        Date _N/A_
MM / DD / YYYY                          MM / DD / YYYY

## You must serve your landlord with a copy of this form.

Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the court's local website (go to http://www.uscourts.gov/Court_Locator.aspx to find your court's website) for any specific requirements that you might have to meet to serve this statement.

Official Form 101B          Statement About Payment of an Eviction Judgment Against You