UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Wanda K Herrera ,
        Debtor

Chapter: 7
Case No: 23–40392
Judge Elizabeth D. Katz

## MOTION PURSUANT TO 11 U.S.C. § 109(h)(3) FOR EXTENSION OF TIME TO FILE CREDIT COUNSELING CERTIFICATE.

Pursuant to 11 U.S.C. § 109(h)(3), the Debtor(s) certify(ies) that he/she/they did not obtain the credit counseling briefing pursuant to 11 U.S.C. 109(h)(1) and moves that the Court extend the time to file and/or obtain a credit counseling certificate, based upon the following grounds:

1) The following exigent circumstances exist preventing compliance (for example, foreclosure, eviction, incarceration, medical or other problems):

_____.

2) I/We   **(Check whichever applies)**

_____ did request credit counseling services from an approved agency but was/were unable to obtain said services during the 7–day period following the request.

_____ did not request credit counseling services.

3) I/We request an extension of time to a date no longer than 45 days after the date of the filing of the bankruptcy petition because:

_____.

Signed under the pains and penalties of perjury on this _____ day of _____, _____.

_____       _____
Debtor                                          Joint Debtor

**Certificate of Service**

I, _____, do hereby certify that a true and exact copy of the foregoing
*Motion Pursuant to 11 U.S.C § 109(h)(3) for Extension of Time to File Credit Counseling Certificate* was served by
United States mail, postage prepaid, addressed as follows:

*(List name and addresses of each person served.)*

Date:

Signed:_____
[Type/print underneath signature the name of person]

***ORDER***

___ *The Motion is denied.*

___ *The Motion is approved. The time for filing the certificate is extended to _____.*

Date:                                            _____
                                                 United States Bankruptcy Judge