# Certificate of Mailing

**Date printed: 5/17/2023**
**Case: 23-40392 Document: 6**

**On the date listed above, the Court mailed by first class U.S. Mail, the document listed above to the following parties:**

 db  Wanda K Herrera  14 Pinewood Lane  Worcester, MA 01609

Total: 1

Form ID: oupdt7I
District/Off: 0101-4
User: admin